# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**SHONTOYA DILLON and**                                     **PLAINTIFFS**
**LOV TATE**

**VERSUS**                                    **CIVIL ACTION NO. 5:18-CV-0005-DCB-MTP**

**WALMART STORES, INC., and**
**KEVIN ROSATO GENERAL MANAGER**                             **DEFENDANTS**

## ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT KELVIN ROSATA

Considering the foregoing Joint Motion to Dismiss:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the claims asserted by Plaintiffs Shontoya Dillon and Lov Tate against Defendant Kelvin Rosata (incorrectly sued as "Kevin Rosato"), be and hereby are dismissed without prejudice, each party to bear their own costs, and reserving unto Plaintiffs all rights they may have against all other parties.

This the 20th day of April, 2018.

                                                s/David Bramlette
                                                U.S. DISTRICT COURT JUDGE

PRESENTED BY:

*/s/ Jeffrey P. Hubbard*
JEFFREY P. HUBBARD (MBN 2830)
hubbard@hubbardmitchell.com
STACEY L. STRAIN (MBN 101564)
strain@hubbardmitchell.com
HUBBARD, MITCHELL, WILLIAMS & STRAIN, PLLC
1062 Highland Colony Parkway, Suite 222
Ridgeland, Mississippi 39157
Post Office Box 13309
Jackson, Mississippi 39236
Telephone: (601) 707-3440
Facsimile: (601) 898-2726
*Attorneys for Kelvin Rosata and Wal-Mart Stores East, LP*

AGREED AND APPROVED:

/s/ L. Ivan Burghard
L. Ivan Burghard (MSB 101179)
burghardlaw@aol.com
BURGHARD LAW FIRM
209 South Railroad Avenue
Brookhaven, Mississippi 39601
Telephone: (601) 823-7100
Facsimile: (601) 823-7001
*Attorney for Plaintiffs*